27444. PERRIEN v. SOUTHERN CO-OPERATIVE FOUNDRY COMPANY.

GUERRY, J.   A claimant who is awarded compensation for a definite number of weeks because of an injury to his back sustained on March 23, and who later files claim because of a change in condition, can not complain of the award made denying further compensation, where it appears that the alleged change in condition is because of a hernia.   In a claim because of hernia it must appear (1) that there was an injury resulting in hernia; (2) that the hernia appeared suddenly; (3) that it was accompanied by pain; (4) that the hernia immediately followed the accident for which compensation is claimed; and (5) that no hernia existed before the accident.   Code, § 114-412.   The award of the commissioner denying compensation on the ground of a change in condition was amply supported by the evidence, and the judge did not err in sustaining said award.

Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.

DECIDED JUNE 8, 1939.

*Maddox & Griffin,* for plaintiff.
*Barry Wright, Jack Rogers,* for defendant.